**Order entered September 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01291-CV

### IN RE SOUTHERN FOODS GROUP, LLC AND
### DEAN TRANSPORTATION, INC., Relators

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07015-C**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relators' petition for writ of mandamus and motion for stay and for expedited consideration. We **ORDER** that relators bear the costs of this original proceeding.

/s/      DAVID LEWIS
        JUSTICE